1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7                FOR THE DISTRICT OF ARIZONA
8

9  Arthur Larry Lucero,            )   No. 05-2207-PHX-EHC (VAM)
                                   )
10             Petitioner,          )   **ORDER**
                                   )
11  vs.                             )
                                   )
12                                  )
   Meg Savage, et al.,             )
13                                  )
               Respondents.         )
14                                  )
                                   )
15

16

17     Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. 1). Respondents filed
18  an answer to the petition. (Dkt. 4). Magistrate Judge Virginia Mathis filed a Report and
19  Recommendation (Dkt. 5) and no Objections were filed.

20                          **STANDARD OF REVIEW**

21     A district court judge reviews *de novo* a dispositive Report and Recommendation
22  of a Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules
23  of Civil Procedure.

24                                **DISCUSSION**

25     The Court, having reviewed *de novo* the Petition for Writ of Habeas Corpus (Dkt.
26  1), the Respondents' Answer (Dkt. 4), and the Magistrate Judge's Report and
27  Recommendation (Dkt. 5), adopts in full the Report and Recommendation and
28  incorporates the same as a part of this Order.

1 | Accordingly,

2 | **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
3 | Judge filed December 7, 2005. (Dkt. 5).
4 | **IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus.
5 | (Dkt. 1).

7 | DATED this 10th day of February, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge

- 2 -